Melissa H. Sargeant
HI BAR No. 6202
Seaport Law Group, LLC
503 Seaport Ct, Ste. 103 Redwood City, CA 94063
(650) 293-0270 (Telephone)
(650) 249-3466 (Facsimile)
attorney@seaportlg.com (Email)

Attorney for Petitioner-Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.A.D, <br><br> Petitioner -Plaintiff, <br> Vs. <br><br> Sergio ALBARRAN, et al., <br><br> Respondents | Case No. 3:25-cv-09837 <br><br> **[PROPOSED] ORDER GRANTING PETITIONER'S EX-PARTE MOTION FOR TEMPORARY RESTRAINING ORDER.** |

Petitioner F.A.D ("Petitioner") filed a petition for writ of habeas corpus. Having considered Petitioner's Ex-parte Motion for a Temporary Restraining Order, the Court finds good cause and GRANTS the request and ORDERS as follows:

(l)The Court GRANTS Petitioner's habeas petition.

(2)Respondents are ORDERED to release Petitioner by end of the day on November 15, 2025, and to file an affidavit attesting to Petitioner's release by 5 p.m. on November 18, 2025.

(3)Respondents are ENJOINED from redetaining Petitioner without a pre-deprivation hearing before an immigration judge where the Government bears the burden of proving that circumstances have materially changed, rendering Petitioner a danger to the community or a flight risk.

(4)Respondents shall file a written declaration attesting to full compliance with these obligations. Respondents are ENJOINED from redetaining Petitioner until 48 hours after filing the written declaration.

(5) Respondents are ordered to show cause as to why a preliminary injunction should not issued.

**IT IS SO ORDERED.**

Date: _____

The Honorable

United States District Judge [ Magistrate]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PETITIONER'S EX-PARTE MOTION FOR TEMPORARY RESTRAINING ORDER
Case No. 3:25-cv-09837

3