Melissa H. Sargeant
HI BAR No. 6202
503 Seaport Court, Suite 103
Redwood City, CA 94063
Phone: 650-293-0270

Fax:650-249-3466

Email: attorney@seaportlg.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.A.D,<br><br>            Petitioner -Plaintiff,<br>Vs.<br><br>Sergio ALBARRAN, et al.,<br><br>            Respondents. | Case No. 3:25-cv-09837<br><br>**DECLARATION OF MELISSA H. SARGEANT** |

I, Melissa H. Sargeant, declare:

1. I have personal knowledge of the facts stated in this declaration.

2. I am the attorney that Petitioner hired to represent him on his family-based, 245(i) adjustment of status petition with the Respondent, United States Citizenship and Immigration Service. I submit this declaration pursuant to Civil L.R. 65-1(a)(5).

3. Yesterday, on November 14, 2025, I represented Petitioner at his adjustment of status interview at the USCIS San Francisco office. His interview was scheduled for 10:00 a.m.

4. At the end of the interview, the adjudicating officer had my client sign off on the changes made to his I-485. Then the Section Chief James Berger of the San Francisco USCIS office entered the room along with four ICE officers. They handcuffed Petitioner, and told me they were taking him into custody. They did not show Petitioner or me a warrant. They told me I could come up to the 6th floor to see him in about 30 minutes.

5. After approximately 45 minutes I was able to see Petitioner behind glass in the visitation room.

6. While I was still there, my office emailed a letter to the SF ICE outreach office requesting that Petitioner be released on his own recognizance, or on a $5000 bond. To my knowledge, he is still being detained.

7. Yesterday afternoon at 4:36pm, I filed a Petition for Writ of Habeas with this Court. The Petition stated that a Motion for a Temporary Restraining Order would be filed within a few days

8. As it is the weekend, we have not had an opportunity to contact the opposing counsel.

9. Because Petitioner is currently being unlawfully deprived of his liberty, and risks being transferred out of this Court's jurisdiction, Petitioner cannot wait any longer to file this Motion.

DECLARATION OF MELISSA H. SARGEANT, CASE 3:25-cv-09837

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2025        */s/Melissa H. Sargeant*

                                                            Melissa H. Sargeant