UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO AMEZQUITA DIAZ<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, et al.<br><br>Defendants. | 3:25-cv-09837<br><br>**ORDER TO RESPOND TO MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 2 |

    Petitioner Franciso Amezquita Diaz ("petitioner") moves the Court *ex parte* for a temporary restraining order that would, among other things, require his immediate release from ongoing detention by agents of Immigration and Customs Enforcement ("ICE") and prohibit ICE from re-arresting him without a pre-detention bond hearing. Defendants are Sergio Albarran, acting field office director of the San Francisco ICE office; Todd M. Lyons, acting director of ICE; Secretary of the Department of Homeland Security Kristi Noem; and Attorney General Pamela Bondi. The Court orders defendants to respond to petitioner's *ex parte* motion by no later than 5:00pm on Monday, November 17. The Court also orders petitioner to serve defendants with a copy of his habeas petition, his *ex parte* motion, and this Order such that they receive actual notice as soon as possible, including by emailing these documents to Civil Division Chief Pamela Johann (pamela.johann@usdoj.gov) immediately upon petitioner's receipt of this Order. Petitioner shall file proof of service by no later than 12:00pm on November 17, 2025.[1]

---

[1] The Court notes that petitioner does not appear to be subject to expedited removal under 8 U.S.C. § 1225(b)(1) or deportation prior to the completion of full removal proceedings pursuant to 8 U.S.C. § 1229a. *See* Defendants' Response to Motion for Temporary Restraining Order and Return to Petition for Habeas Corpus at 17–18, *Dos Reis Franco v. Meyer*, No. 25-cv-09480-EKL (N.D. Cal. Nov. 14, 2025), Dkt. No. 9.

1     **IT IS SO ORDERED.**

3     Dated: November 15, 2025

                                              P. Casey Pitts
                                              United States District Judge