Melissa H. Sargeant
HI BAR No. 6202
Seaport Law Group, LLP
503 Seaport Ct, Ste. 103 Redwood City, CA 94063
(650) 293-0270 (Telephone)
(650) 249-3466 (Facsimile)
attorney@seaportlg.com (Email)

Attorney for Petitioner-Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco Amezquita Diaz<br><br>            Petitioner,<br>      Vs.<br><br>Sergio ALBARRAN, et al.,<br><br>Respondents | Case No. 3:25-cv-09837-JSC<br><br>**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE AND TO FORGO HEARING**<br><br><br>Honorable Jacqueline Scott Corley<br>United States District Judge |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, Petitioner-Plaintiff, Franciso Amezquita Diaz ("Petitioner"), and Respondents-Defendants, Sergio ALBARRAN, et al. ("Defendants"), hereby stipulate and agree to the following:

1.     Parties agree to have the preliminary injunction decided on the papers and forgo a hearing on December 2, 2025 at 10 am.

2.     Both parties agree to extend Petitioner's time to respond to the defendant's opposition until December 2, 2025 at Noon. This extension is due to Petitioner's Notice of Hearing and appearance in Immigration court EOIR on December 1, 2025.

3.    The Court's November 18th Order will remain in effect until December 2, 2025.

DATED: November 20, 2025,                    Respectfully submitted,

                                              /s/*Melissa H. Sargeant*

                                             Melissa H. Sargeant

                                             Attorneys for Petitioner-Plaintiff


                                             CRAIG H. MISSAKIAN

                                             United States Attorney


                                             _____

                                             WILLIAM SKEWES-COX

                                             Special Assistant United States Attorney

                                             Attorneys for Respondents-Defendants

ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I, Melissa Sargeant, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: November 20, 2025                     By: /s/*Melissa H. Sargeant*

                                             Melissa Sargeant

**PROPOSED ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The following deadlines will apply to Plaintiff's Motion for Temporary Restraining Order: Plaintiff files Reply in Support of Motion for Preliminary Injunction by December 2, 2025 at Noon.

2. The preliminary injunction will be decided on the papers and the hearing on December 2, 2025 at 10 am will be cancelled.

3. The Court's Order dated November 18, 2025, will remain in effect until December 2, 2025.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____ _____                    _____

                                               HON. JCQUELINE SCOTT CORLEY

                                               United States District Judge