UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO AMEZQUITA DIAZ,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Defendants. | Case No.  3:25-cv-09837-JSC<br><br>**ORDER RE: STIPULATION BRIEFING SCHEDULE AND HEARING DATE**<br><br>Re: Dkt. No. 12 |

On November 14, 2025, Petitioner filed a Petition for Writ of Habeas Corpus, and an *Ex Parte* Motion for Temporary Restraining Order (TRO) against Sergio Albarran, acting field office director of the San Francisco ICE office; Todd M. Lyons, acting director of ICE; Secretary of the Department of Homeland Security Kristi Noem; and Attorney General Pamela Bondi. (Dkt. Nos. 1, 2.)  Following the government's response, the Court granted the TRO and set a briefing and hearing schedule on Petitioner's request for a preliminary injunction. (Dkt. No. 10.)  The Court is in receipt of the parties' stipulation to extend the briefing schedule and vacate the hearing date. (Dkt. No. 12.)  The stipulation is GRANTED IN PART and DENIED IN PART.  The stipulation is granted as to the briefing schedule.  Petitioner's reply is now due December 2, 2025 at noon. The hearing on the motion is CONTINUED to December 4, 2025 at 11:00 a.m. via Zoom videoconference.   In light of the parties' stipulation and so there is time to hear the motion, the Court finds there is good cause to continue the temporary restraining order through December 4, 2025 at 5:00 p.m. or further order of the Court.

**IT IS SO ORDERED.**

Dated: November 21, 2025

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California