**FAVORABLE DISTRICT COURT CASES FROM AROUND THE U.S. FINDING DETENTION FOR LONG-TIME RESIDENTS IN THE U.S. UNLAWFUL UNDER 8 U.S.C. §1225 AND APPLYING 8 U.S.C. 1226(a)[1]**

<u>**CASES GRANTING IMMEDIATE AND UNCONDITIONAL RELEASE**</u>

1. *Savane v. Francis*, No. 1:25-cv-6666, 2025 WL 2774452 (S.D.N.Y. Sept. 28, 2025) (**Petitioner arrested pursuant to 1225 which was improper; habeas petition granted, and immediate release ordered within one business day**);

2. *J.U. v. Maldonado*, No. 25-CV-04836, 2025 WL 2772765 (E.D.N.Y. Sept. 29, 2025) given the deprivation of Petitioner's liberty, the absence of any deliberative process prior to or contemporaneous with the deprivation, and the statutory and constitutional rights implicated, immediate release ordered.);

3. *Cuevas Guzman v. Andrews*, 2025 WL 2617256 (E.D. Cal. Sept. 9, 2025), (petitioner entered without inspection more than 30 years ago, detained pursuant to 1225, **court found 1226(a) applied based on statutory language; PI granted and court ordered release**);

4. *Lopez-Campos v. Raycraft*, No. 2:25-cv-12486-BRM-EAS, 2025 WL 2496379 (E.D. Mich. Aug. 29, 2025) (granting petition for writ of habeas corpus ordering immediate release or bond hearing, where, for 30 years, **courts have applied section 1226(a) to noncitizens like the petitioner who was already in the United States but facing removal, rejecting the government's argument that section 1225 applied so no bond hearing was required**);

[1] Last updated: January 13, 2026. Note, undersigned counsel read the cases which have () remarks but has not yet fully read all of these cases cited herein; they were obtained from a credible source at the American Immigration Lawyers Association. Some were Writ of Habeas cases granted in full, some TRO's or PI's.

5. *Ye v. Maldonado*; 25-CV-6417; 2025 WL 3521298 (EDNY Dec. 8, 2025) (C**ourt grants habeas, orders immediate release**.)

6. *Ibarra v. Warden of the Federal Detention Center Philadelphia*; 25-cv-6312; 2025 WL 3294726, (E.D. Pa. Nov. 25,) (Grants habeas and **orders release**.)

7. *Buele Morocho v. Jaminson*, 5:25-cv-05930; 2025 WL 3296300 (E.D. Pa. Nov. 26, 2025). (Grants habeas and orders **immediate release**. If redetained, government must afford him due processing, including a bond hearing upon request.)

8. *Ousmane Soumare v. Jamal L. Jamison*; CV 25-6490; 2025 WL 3461542 (E.D. Pa. Dec. 2, 2025) (Grants habeas, **orders immediate release**.)

9. *Yilmaz v. Warden of Fed. Det. Ctr. Philadelphia*; CV 25-6572; 2025 WL 3459484 (E.D. Pa. Dec. 2, 2025). (**Court orders immediate release, finding no flight risk or danger**).

10. *Anirudh v. McShane*, No. 25-6458, 2025 WL 3527528 (E.D. Penn. Dec. 9, 2025). (Grants habeas and **orders release**).

11. *Alberto Picon v. O'Neill*; CV 25-6731, 2025 WL 3634212 (E.D. Pa. Dec. 15, 2025). (Grants habeas and orders **immediate release)**.

12. *Arizmendi v. Noem,* No. 25-CV-7056, 2025 WL 3723960 (E.D.N.Y. Dec. 24, 2025) *(*ordering **immediate release** in a TRO*).*

13. *Gonzalez v. Joyce,* No. 25 Civ. 8250, 2025 WL 2961626 (S.D.N.Y. Oct. 19, 2025) (ordering **immediate release** after unlawful immigration court arrest).

14. *Munoz Materano v. Arteta,* 25 Civ. 6137, 2025 WL 2630826 (S.D.N.Y. Sep. 9, 2025) (ordering **immediate release after unlawful immigration court arrest**).

15. *Valdez v. Joyce,* 25 Civ. 4627, 2025 WL 1707737 (S.D.N.Y. Jun. 18, 2025) (ordering **immediate release after unlawful immigration court arrest**).

16. *Mendes v. Hyde*, No. 25-CV-627-JJM-AEM, 2025 WL 3496546, at *2 (D.R.I. Dec. 5, 2025) (finding **immediate release appropriate** "because the Government has put forth no evidence to suggest that Mr. Mendes poses a flight risk or is a danger to the community.").

17. *Barrera Rodriguez v. Hyde*, No. 25-cv-607-JJM-PAS, 2025 WL 3274606, at *2 (D.R.I. Nov. 25, 2025) (finding **immediate release appropriate** because the Government has put forth no evidence to suggest flight risk or danger to the community).

18. *Cordova v. Ladwig*, No. 1:25-CV-03037-TLP-JAY, 2025 WL 3679764, at *7 (W.D. Tenn. Dec. 18, 2025) (finding petitioner subject to the discretionary bond process but ordering immediate release pending the bond hearing).

19. *Flores-Boziere v. Bondi et al.,* 5:24-cv-1853-JKP, 2026 U.S. Dist. LEXIS 1859 *12, 2026 LX 29597 (WDTX January 5, 2026) (finding that because Petitioner cannot be detained under 1225(b)(2) and Respondents do not assert that they are detaining Petitioner under 1226, the Court should order **outright release**).

20. *Quijaba Cordoba v. Knight*, 1:25-cv-00605-BLW, --- F.Supp.3d ---- , 2025 WL 3228945 (D. Id., Nov. 19, 2025) (Court ordering immediate release as the remedy. "In many circumstances akin to the present case, a bond hearing would indeed be sufficient to rectify the violation of Petitioner's unlawful detention." See *E.C. v. Noem*, No. 2:25-cv-01789, 2025 WL 2916264, at *12 (D. Nev. Oct. 14, 2025); see also *Hernandez-Lara v. Lyons*, 10 F.4th 19, 45-46 (1st Cir. 2021). Here, however, Respondents have failed utterly to articulate a legitimate interest in the Petitioner being detained. There is no evidence that he is a flight risk or poses a danger to the community. To the contrary, Petitioner's lack of criminal record, residence in the United States in the past year without incident,

and familial ties to the United States all indicate that he is neither a danger nor a flight risk") (emphasis added).

21. *Camacho v. Hollinshead*, No. 1:25-cv-00593-BLW, 2025 WL 3228998 (D. Id., Nov. 19, 2025) (same as *Quijaba Cordoba v. Knigh*t);

22. *Elias v. Knight*, No. 1:25-cv-00594-BLW, 2025 WL 3228262 (D. Id., Nov. 19, 2025) (same as *Quijaba Cordoba v. Knigh*t);

23. *Casares v. Thompson*, No. 1:25-cv-00596-BLW, 2025 WL 3228988 (D. Id., Nov. 19, 2025) (same as *Quijaba Cordoba v. Knigh*t);

24. *Ibarra v. Knight*, No. 1:25-cv-00597-BLW, 2025 WL 3228968 (D. Id., Nov. 19, 2025) (same as *Quijaba Cordoba v. Knigh*t);

25. *Torres v. Hollinshead*, No. 1:25-cv-00599-BLW 2025 WL 3228974 (D. Id., Nov. 19, 2025) (same as *Quijaba Cordoba v. Knigh*t);

26. *Rodriguez v. Knight*, No. 1:25-cv-00600-BLW, 2025 WL 3228285 (D. Id., Nov. 19, 2025) (same as *Quijaba Cordoba v. Knigh*t);

27. *Esparza v. Knight*, 1:25-cv-00601-BLW (D. Id., Nov. 19, 2025) (same as *Quijaba Cordoba v. Knigh*t);

28. *Gonzalez v. Knight*, No. 1:25-cv-00602-BLW, 2025 WL 3228975 (D. Id., Nov. 19, 2025) (same as *Quijaba Cordoba v. Knigh*t);

29. *Elias v. Knight*, No. 1:25-cv-00604-BLW, 2025 WL 3229013 (D. Id., Nov. 19, 2025) (same as *Quijaba Cordoba v. Knigh*t);

30. *Rangel v. Knight*, No. 1:25-cv-00607-BLW, 2025 WL 3229000 (D. Id., Nov. 19, 2025) (same as *Quijaba Cordoba v. Knigh*t);

31. *Rodriguez v. Hollinshead*, No. 1:25-cv-00609-BLW, 2025 WL 3228972 (D. Id., Nov. 19, 2025) (same as *Quijaba Cordoba v. Knigh*t);

32. *Martinez v. Knight*, No. 1:25-cv-00610-BLW, 2025 WL 3228987 (D. Id., Nov. 19, 2025) (same as *Quijaba Cordoba v. Knigh*t);

33. *Lopez v. Anderson*, No. 1:25-cv-00621-BLW, 2025 WL 3228997 (D. Id., Nov. 19, 2025) (same as *Quijaba Cordoba v. Knigh*t);

34. *Jose Alejandro v. Olson,* No. 1:25-cv-02027-JPH-MKK, 2025 WL 2896348 (TRO/PI obtained by undersigned counsel for a noncitizen who has lived in the U.S. for approximately 24 years after entering without inspection. "**Respondents' argument that § 1225(b)(2)(A) applies to all noncitizens present in the United States without admission is unpersuasive; Respondents' interpretation of the statute (1) disregards the plain meaning of § 1225(b)(2)(A); (2) disregards the relationship between §§ 1225 and 1226; (3) would render a recent amendment to § 1226(c) superfluous[2]; and (4) is inconsistent with decades of prior statutory interpretation and practice**);

35. *Javier De Jesus Aguilar v. English*, No. 3:25-CV-898 DRL-SJF, 2025 WL 3280219 (N.D. Ind., Nov. 25, 2025) (Granting immediate release without bond to a Petitioner detained under 8 U.S.C. § 1225(b)(2) who has been in the country for 19 years and twice bonded in immigration proceedings in the past. "All this begs the question whether the court should order immediate release or a hearing. The court is uninclined to order a hearing

---

[2] Referring to the recent amendments based on the Laken-Riley Act that added certain offenses to the mandatory detention category. If, as Respondents contend, all noncitizens illegally present are "applicants for admission" and "arriving aliens", almost all noncitizens (other than those who arrived with a visa and overstay) are subject to mandatory detention and those amendments would not be necessary.

consistent with the procedures under §1226(a) and give the government a pass for not securing a warrant before Mr. De Jesús Aguilar's arrest, particularly when the government has not asserted this a basis for his continued detention" ... [where there is no] "basis for his continued detention today or extraordinary circumstances or some likelihood of his escape (perhaps a tough position when he has been in the country for 19 years and twice bonded in immigration proceedings)." ... "The simple matter is this: the government has not established a lawful basis for detention— or, otherwise put, Mr. De Jesús Aguilar has established his detention is today unlawful— and the government must live by the rules that Congress has instituted." These cases demonstrate that federal courts are exercising their equitable habeas powers to grant the only meaningful remedy for a fundamentally unlawful detention: unconditional release, which is the appropriate remedy in this case due to the unlawful arrest and lack of any legitimate reason for Petitioner's detention.")

## GRANTING IMMEDIATE RELEASE FOLLOWED BY A BOND HEARING

36. *Singh v. Lewis*, No. 4:25-cv-96-RGJ, 2025 WL 2699219, at *3, *5 (W.D. KY. Sept. 22, 2025) (stating that petitioner present in the United States for over 12 years was not "seeking admission" into the United States and was therefore under the purview of section 1226, subsequently finding that the petitioner's detention via an automatic stay violated his due process rights);

37. *Barrera v. Tindall*, No. 3:25-CV-541-RGJ, 2025 WL 2690565 (W.D. Ky. Sept. 19, 2025) (granting habeas petition under § 1226(a) ordering immediate release followed by a bond hearing);

38. *Sanchez Ballestros v. Noem*, No. 3:25-cv-594-RGJ, 2025 WL 2880831 (W.D. Ky. Oct. 9, 2025) (ordering immediate release followed by a bond hearing);

39. *Zarco Lopez v. Olson,* No. 3:25-cv-654-DJH (W.D. Ky. Nov. 18, 2025) (ordering immediate release followed by a bond hearing);

40. See *Reyes-Godenes v. Lewis*, No. 4:25-cv-169-RGJ, 2026 WL 74566 (W.D. Ky. Jan. 9, 2026) (ordering immediate release followed by a bond hearing);

41. *Arroyo Rodriguez v. Woosley*, No. 4:25-cv-168-RGJ (W.D. Ky. Jan. 6, 2026) (ordering immediate release followed by a bond hearing);

42. *Roman Ariza v. Noem*, No. 4:25-cv-165-RGJ, 2025 WL 3722014 (W.D. Ky. Dec. 23, 2025) (ordering immediate release followed by a bond hearing);

43. *Reyes-Martinez v. Woosley*, 4:25-cv-150-RGJ, 2025 WL 3680330 (W.D. Ky. Dec. 18, 2025) (ordering immediate release followed by a bond hearing);

44. *Ramirez v. Lewis*, 4:25-cv-143-RGJ, 2025 WL 3553676 (W.D. Ky. Dec. 11, 2025) (ordering immediate release followed by a bond hearing);

**<u>GRANTING HABEAS BY ORDERING A BOND HEARING</u>**

45. *Guerrero Lepe v. Andrews*, No. 1:25-cv-01163¸ 2025 WL 2716910 (E.D. Cal. Sept. 23, 2025) ("**seeking" means "asking for" or "trying to acquire or gain" and implies some kind of affirmative action on the part of the applicant;** (holding that petitioner was likely to succeed under the merits that he was not subject to section 1225 and was wrongfully denied a bond hearing pursuant to section 1226(a), stating "[t]he Court is not bound by Matter of Yajure Hurtado's interpretation of sections 1225 and 1226[,]" and may look to

the "longstanding practice of government" and "the BIA's interpretations of the INA for guidance, but [it] must not defer to the agency.");

46. *Belsai D.S. v. Bondi*, No. 25-CV-3682 (KMM/EMB), 2025 WL 2802947 (D. Minn. Oct. 1, 2025) (finding **detention under § 1225(b)(2) ultra vires where petitioner entered years before arrest**);

47. *Edward Ted Luna Quispe v. Crawford*, No. 1:25-CV-1471-AJT-LRV, 2025 WL 2783799 (E.D. Va. Sept. 29, 2025) (**ordering release where ICE applied § 1225(b)(2) to long-term resident**);

48. *Echevarria v. Bondi*, 2025 WL 2821282 (D. Ariz. Oct. 3, 2025), entered without inspection in 2001, arrested in 2025 under 1225(b); **the 24 year period petitioner resided in the U.S. made the plain language of 1225(b) was inapplicable to him, at the time of arrest an immigration officer was not "examining" him and he was not "seeking" admission; Based on *Jennings* and *Nielsen*, statutory scheme of 1226(a) applies**);

49. *Ozuna Carlon v. Kramer*, No. 4:25CV3178, 2025 WL 2624386, at *2-3 (D. Neb. Sept. 11, 2025) (holding petitioner under section 1226 was unlawfully detained by an ultra vires stay during appeal of petitioner's bond approval, and was entitled to release pursuant to bond hearing where (1) the government itself charged petitioner as an "alien present in the United States who has not been admitted or paroled", i.e. section 1226, instead of an "arriving alien", i.e. section 1225; (2) **petitioner was being held in county jail with criminal inmates and without her family pursuant to a stay challenging an authorized bond; and (3) the government made no showing of any special justification or compelling interest that would justify depriving petitioner of her ordered liberty**);

50. *Lopez Benitez v. Francis*, No. 25 CIV. 5937 (DEH), 2025 WL 2371588 (S.D.N.Y. Aug. 13, 2025) (the phrase "seeking admission" means that a noncitizen must be actively "seeking" "lawful entry")"

"This understanding accords with the plain, ordinary meaning of the words "seeking" and "admission." **For example, someone who enters a movie theater without purchasing a ticket and then proceeds to sit through the first few minutes of a film would not ordinarily then be described as "seeking admission" to the theater. Rather, that person would be described as already present there**. Even if that person, after being detected, offered to pay for a ticket, one would not ordinarily describe them as "seeking admission" (or "seeking" "lawful entry") at that point—one would say that they had entered unlawfully but now seek a lawful means of remaining there. As § 1225(b)(2)(A) applies only to those noncitizens who are actively "seeking admission" to the United States, it cannot, according to its ordinary meaning, apply to Mr. Lopez Benitez, because he has already been residing in the United States for several years." *Lopez Benitez v. Francis*, ––– F.Supp.3d at ––––, 2025 WL 2371588, at *7.

51. *Maldonado Vazquez v. Feeley*, 2025 WL 2676082 (D. Nev. Sept. 17, 2025) (entered without inspection over 20 years ago; detained July 2025; **court help petitioner held pursuant to 1226(a) not as the government contends 1225(b)(2); Yajure Hurtado renders requiring prudential exhaustion futile;** PI granted and release ordered on IJ bond);

52. *Rodriguez Vazquez v. Bostock,* 2025 WL 2782499 (W.D. Wash Sept. 30, 2025) (**court granted summary judgement** on behalf of a class of people without lawful status held in Tacoma who entered without inspection and not apprehended upon arrival, court held

plain text of **1226(a) applies rather than 1225(b) and issues a detailed statutory analysis**);

53. *Guzman Alfaro v. Wamsley*, 2025 WL 2822113 (W.D. Wash. Oct. 2, 2025) (court granted similar relief as a class member of *Rodriguez Vasquez)*;

54. *Garcia Cortes v. Noem*, No. 1:25-cv-02677, 2025 WL 2652880 (D. Colo. Sept. 16, 2025) (**Court held 1226(a) and not 1225(b)(2) authorizes detention; procedural due process violated under Mathews, habeas granted**);

55. *Mena Torres v. Wamsley*, No. C25-5772 TSZ, 2025 WL 2855379 (W.D. Wash. Oct. 8, 2025) (Petitioner arrived without inspection in 2016, DEA encountered him in an unrelated search warrant and detained him under 1225(b)(2), court found that detention governed by 1226(a);

56. *Jimenez v. FCI Berlin*, Warden, No. 1:25-cv-00326, 2025 WL 2639390 (D.N.H. Sept. 8, 2025) (detained under § 1226, and continued detention without a bond hearing before an IJ is unlawful);

57. *Kostak v. Trump*, No. 3:25-cv-01093, 2025 WL 2472136 (W.D. La. Aug. 27, 2025) (granting a TRO for a native Ukraine citizen, who entered the U.S. without being inspected by an immigration officer and applied for asylum, because her due process rights were violated without a bond hearing pursuant to section 1225(a));

58. *Pizarro Reyes v. Raycraft*, No. 25-cv-12546, 2025 WL 2609425, at *4-5 (E.D. Mich. Sept. 9, 2025) (granting petition for writ of habeas corpus for petitioner for government's failure to conduct a bond hearing pursuant to section 1226(a), rejecting the government's argument that section 1225 applied because petitioner did not enter lawfully so was still "seeking admission", where the petitioner had been living in the United States since 2005

and the amendment to section 1226 via the Laken Riley Act would have been redundant were section 1225 to apply);

59. *Hernandez Marcelo v. Trump*, No. 3:25-cv-00094, 2025 WL 2741230 (S.D. Iowa Sept. 10, 2025) (refusing to apply BIA's Yajure Hurtado decision finding that all applicants for admission are necessarily "seeking admission" for purposes of warranting application of section 1225, because "the legislative history and congressional intent of the Immigration and Nationality Act do not support mandatory detention for all noncitizens present in the United States" as further supported by the "weight of caselaw");

60. *Zaragoza Mosqueda et al. v. Noem*, No. 5:25-cv-02304 CAS (BFM), 2025 WL 2591530, at *4–5, 7 (C.D. Cal. Sep. 8, 2025) (holding that the petitioners are entitled to an individual bond hearing by an immigration judge if the government chooses to continue to detain petitioners, agreeing that the plain text of section 1226(a) applies to the petitioners);

61. *Quispe-Ardiles v. Noem*, No. 1:25-cv-01382-MSN-WEF, 2025 WL 2783800, at *1, 10 (E.D. Va. Sep. 30, 2025) (finding that the noncitizen petitioner was subject to section 1226(a) because he was detained after entering the U.S. illegally, issued an order of recognizance, and placed in immigration removal proceedings; therefore, his detention by ICE was unlawful unless he was released on bond);

62. *Giron Reyes v. Lyons*, No. C25-4048-LTS-MAR, 2025 WL 2712427, at * (N.D. Iowa Sept. 23, 2025) (ordering petitioner was entitled to bond hearing under section 1226, pursuant to the Dataphase factors, because applying section 1225 would act to require "mandatory detention of every unadmitted alien" even if the alien falls within an exception provided, where petitioner had built a life and presence in the community in the United States for

two decades, and requiring the government to hold a bond hearing had limited imposition on government's interest in controlling aliens in the United States);

63. *Aguilar Lares v. Bondi,* No. 1:25-cv-01562 (ED VA, Oct. 19, 2025) (1226 applies to Guatemalan who entered the country in 2005; statutory distinction between noncitizens who are detained <u>upon arrival</u> into the United States and those who are detained after they have <u>already entered</u> the country, legally or otherwise (citing *Abreu v. Crawford*, 2025 WL 51475, at *3 (E.D. Va. Jan 8, 2025); analysis of SCOTUS *Jennings v. Rodriguez*).

64. *Palma Perez v. Berg*, No. 8:25CV494, 2025 WL 2531566, at *2 (D. Neb. Sept. 3, 2025) ("[t]he Court tends to agree" that § 1226(a) and not § 1225(b)(2) authorizes detention);

65. *Hasan v. Crawford*, No. 1:25-cv-1408 (LMB/IDD), 2025 WL 2682255, at *1, 13 (E.D. Va. Sep. 19, 2025) (finding that due process was required for a noncitizen from Bangladesh who entered the U.S. without inspection, applied for asylum, and was released on his own recognizance because he was detained by ICE without due process).

66. *Lopez v. Hardin*, No. 2:25-CV-830-KCD-NPM, 2025 WL 2732717, at *2 (M.D. Fla. Sept. 25, 2025) (holding that long-term interior residents fall under § 1226(a), not § 1225(b)(2));

67. *Gomes v. Hyde*, No. 1:25-CV-11571-JEK, 2025 WL 1869299 (D. Mass. July 7, 2025) (granting petitioner's habeas corpus petition, who was released on his own recognizance and in immigration removal proceedings, ordering the government to provide the petitioner with a bond hearing pursuant to section 1226(a));

68. *Singh v. Andrews*, No. 1:25-cv-00801-KES-SKO (HC), 2025 WL 1918679, at *1, 10 (E.D. Cal. July 11, 2025) (granting preliminary injunction in favor of releasing an asylum seeker who was in immigration removal proceedings and detained by ICE because he cannot be

detained without due process, which would be a bond hearing to decide if he is a danger to the community or a flight risk);

69. *J.A.M. v. Streeval*, No. 25-cv-342, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025) (The phrase "seeking admission" is not synonymous with "present in the United States who has not been admitted." It requires an active attempt to gain lawful entry, not mere presence. The statutory scheme and headings of § 1225 focus on inspection and admission at the border or upon arrival, not on long-term residents apprehended in the interior; rejected the BIA's interpretation in *Yajure Hurtado* as inconsistent with statutory text and canons of construction; Harmonizing §§ 1225 and 1226, the court held that § 1226(a) applies to aliens arrested in the interior who are not actively seeking admission, entitling them to a bond hearing);

70. *Rojano Gonzalez v. Sterling*, No. 1:25-cv-6080, 2025 WL 3145764 (N.D. Ga. Nov. 3, 2025) (Detention governed by § 1226(a), Petitioner to be provided with a bond hearing within 3 days or released; Government ENJOINED from rearresting Petitioner, unless she has committed a new violation of any federal, state, or local law, or has failed to attend any properly noticed immigration or court hearing or is subject to detention pursuant to a final order of removal);

71. *Aguirre Villa v. Normand*, No. 5:25-cv-89, 2025 WL 3095969 (S.D. Ga. Nov. 4, 2025) (R&R), *report and recommendation adopted*, 2025 WL 3188406 (S.D. Ga. Nov. 14, 2025). (detention of long-term residents apprehended in the interior is governed by § 1226(a), not mandatory detention under § 1225(b); *Yajure Hurtado* rejected; Petitioner entitled to immediate release subject to the prior bond order or without conditions if the bond order cannot be reinstated);

72. *Jose Augusto Alves da Silva v. U.S. Immigr. & Customs Enf't*, No. 25-CV-284-LM-TSM, 2025 WL 2778083 (D.N.H. Sept. 29, 2025) (granting habeas relief and ordering bond hearing);

73. *Merino v. Ripa*, No. 25-23845-CIV, 2025 WL 2941609 (S.D. Fla. Oct. 15, 2025) (EWI in 2016 Honduran national's detention is governed by 1226; Yajure Hurtado's interpretations of 1225 are at odds with the statutory text, inconsistent with earlier BIA decisions and renders superfluous the recent Laken Riley Act).

74. *Alvarez Puga v. Assistant Field Office Director*, No. 25-24535-CIV, 2025 WL 2938369 (S.D. Fla. Oct. 15, 2025).

75. *Roman v. Noem,* No. 2:25-CV-01684-RFB-EJY, 2025 WL 2710211, at *6 (D. Nev. Sept. 23, 2025) (same);

76. *Lopez-Arevelo v. Ripa*, No. EP-25-CV-337-KC, 2025 WL 2691828, at *13 (W.D. Tex. Sept. 22, 2025) (collecting authorities requiring bond hearings for long-term residents);

77. *Rosado v. Figueroa*, No. CV 25-02157 PHX DLR (CDB), 2025 WL 2337099 (D. Ariz. Aug. 11, 2025), *report and recommendation adopted*, No. CV-25-02157-PHX-DLR (CDB), 2025 WL 2349133 (D. Ariz. Aug. 13, 2025);

78. *Maldonado v. Olson*, No. 0:25-cv-03142-SRN-SGE, 2025 WL 2374411 (D. Minn. Aug. 15, 2025); *Arrazola-Gonzalez v. Noem*, No. 5:25-cv-01789-ODW (DFMx), 2025 WL 2379285 (C.D. Cal. Aug. 15, 2025);

79. *Romero v. Hyde*, No. 25-11631-BEM, 2025 WL 2403827 (D. Mass. Aug. 19, 2025);

80. *Samb v. Joyce*, No. 25 CIV. 6373 (DEH), 2025 WL 2398831 (S.D.N.Y. Aug. 19, 2025);

81. *Ramirez Clavijo v. Kaiser*, No. 25-CV-06248-BLF, 2025 WL 2419263 (N.D. Cal. Aug. 21, 2025);

82. *Leal-Hernandez v. Noem*, No. 1:25-cv-02428-JRR, 2025 WL 2430025 (D. Md. Aug. 24, 2025);

83. *Jose J.O.E. v. Bondi*, No. 25-CV-3051 (ECT/DJF), --- F. Supp. 3d ----, 2025 WL 2466670 (D. Minn. Aug. 27, 2025);

84. *Vasquez Garcia v. Noem*, No. 25-cv-02180-DMS-MM, 2025 WL 2549431 (S.D. Cal. Sept. 3, 2025);

85. *Hernandez Nieves v. Kaiser*, No. 25-cv-06921-LB, 2025 WL 2533110, at *4–5 (N.D. Cal. Sep. 3, 2025);

86. *Jacinto v. Trump*, No. 4:25-cv-03161-JFB-RCC, 2025 WL 2402271 at *3 (D. Neb. Aug. 19, 2025) (same);

87. *Anicasio v. Kramer*, No. 4:25-cv-03158-JFB-RCC, 2025 WL 2374224 at *2 (D. Neb. Aug. 14, 2025) (same);

88. *Salazar v. Dedos*, No. 1:25-CV-00835-DHU-JMR, 2025 WL 2676729, at *9 (D.N.M. Sept. 17, 2025) (granting bond hearing under § 1226(a));

89. *Ledesma Gonzalez v. Bostock*, No. 2:25-cv-01404,2025 WL 2841574 (W.D. Wash. Oct. 7, 2025);

90. *Ortiz Martinez v. Wamsley*, No. 2:25-cv-01822, 2025 WL 2899116 (W.D. Wash. Oct. 10, 2025);

91. *Mendoza Gutierrez v. Baltasar*, No. 1:25-cv-2720, 2025 WL 2962908 (D. Colo. Oct. 17, 2025);

92. *Moya Pineda v. Baltasar*, No. 1:25-cv-2966 (D. Colo. Oct. 20, 2025);

93. *Loa Caballero v. Baltazar*, No. 25-cv-03120, 2025 WL 2977650 (D. Colo. Oct. 22, 2025);

94. *Gamez Lira v. Noem*, No. 1:25-cv-00855, 2025 WL 2581710 (D.N.M. Sept. 24, 2025);

95. *Garcia Domingo v. Castro*, No. 1:25-cv-00979, 2025 WL 2941217 (D.N.M. oct. 15, 2025);

96. *Martinez v. Hyde*, No. 1:25-cv-11613, 2025 WL 2084238 (D. Mass. July 24, 2025);

97. *Diaz Diaz v. Mattivelo*, No. 1:25-cv-12226, 2025 WL 2457610 (D. Mass. Aug. 27, 2025);

98. *Doe v. Moniz*, No. 1:25-cv-12094, 2025 WL 2576819 (D. Mass. Sept. 5, 2025);

99. *Encarnacion v. Moniz*, No. 25-12237 (D. Mass. Sept. 5, 2025);

100. *Hilario Rodriguez v. Moniz*, No. 25-12358 (D. Mass. Sept. 18, 2025);

101. *Romero-Nolasco v. McDonald*, No. 25-cv-12492, 2025 WL 2778036 (D. Mass. Sept. 29. 2025);

102. *Inlago Tocagon v. Moniz*, No. 25-cv-12453, 2025 WL 2778023 (D. Mass. Sept. 29, 2025);

103. *Rocha v. Hyde*, No. 25-cv-12584, 2025 WL 2807692 (D. Mass. Oct. 2, 2025);

104. *Guerrero Orellana v. Moniz*, No. 25-cv-12664, 2025 WL 2809996 (D. Mass. Oct. 3, 2025);

105. *Da Silva v. Bondi*, No. 25-cv-12672, 2025 WL 2969163 (oct. 21, 2025, D. Mass);

106. *Chogllo Chafla v. Scott*, No. 2:25-cv-00437, 2:25-cv-00438, 2:25-cv-00439, 2025 WL 2688541 (D. Me. Sept. 2, 2025);

107. *Chang Barrios v. Shepley*, No. 1:25-cv-00406, 2025 WL 2772579 (D. Me. Sept. 29, 2025);

108. *Chiliquinga Yumbillo v. Stamper*, No. 2:25-cv-479, 2025 WL 2783642 (D. Me. Sept. 30, 2025);

109. *Perez Pina v. Stamper*, No. 2:25-cv-00509-SDN, 2025 WL 2939298 (D. Me. Oct. 16, 2025);

110. *Ayala Casun v. Hyde*, No. 25-cv-427, 2025 WL 2806769 (D.R.I. oct. 2, 2025);

111. *Rivera Zumba v. Bondi*, No. 2:25-cv-14626, 2025 WL 2753496 (D.N.J. Sept. 26, 2025);

112. *Macancela Buestan v. Chu*, No. 25-cv-16034, 2025 WL 2972252 (D.N.J. oct. 21, 2025);

113. *Mugliza Castillo v. Lyons*, No. 25-cv-16219, 2025 WL 2940990 (D. N.J. October 10, 2025);

114. *Del Cid Del Cid v. Bondi*, No. 3:25-cv-00304, 2025 WL 2985150 (W.D. Pa. Oct. 23, 2025);

115. *Maldonado de Leon v. Baker*, No. 1:25-cv-3084, 2025 WL 2968042 (D. Md. Oct 21, 2025);

116. *Singh v. Lyons*, No. 1:25-cv-01606, 2025 WL 2932635 (E.D. Va. Oct. 14, 2025);

117. *Teyim v. Perry*, No. 1:25-cv-01615, 2025 WL 2950183 (E.D. Va. Oct. 15, 2025);

118. *S.D.B.B. v. Johnson*, No. 1:25-cv-882, 2025 WL 2845170 (M.D.N.C. Oct. 7, 2025);

119. *Lopez Santos v. Noem*, No. 3:25-cv-01193, 2025 WL 2642278 (W.D. La. Sept. 11, 2025);

120. *Gonzalez Martinez v. Noem*, No. EP-25-cv-430, 2025 WL 2965859 (W.D. Tex. Oct. 21, 2025);

121. *Buenrostro Mendez v. Bondi*, No. No. 4:25-cv-3726, 2025 WL 2886346 (S.D. Tex. Oct. 7, 2025);

122. *Padron Covarrubias v. Vergara*, 5:25-CV-112 (S.D. Tex. Oct. 8, 2025);

123. *Casio-Mejia*, No. 2:25-cv-13032, 2025 WL 2976737 (E.D. Mich. Oct. 21, 2025);

124. *Contreras-Cervantes, et al., v. Raycraft*, No. 2:25-cv-13073, 225 WL 952796 (E.D. Mich. Oct. 17, 2025);

125. *Sanchez Alvarez v. Noem*, No. 1:25-cv-1090, 2025 WL 2942648 (W.D. Mich. Oct. 17, 2025);

126. *Morales Chavez v. Director*, No. 4:25-cv-02061, 2025 WL 2959617 (N.D. Ohio Oct. 20, 2025) (report and recommendation);

127. *H.G.V.U. v. Smith*, No. 25-cv-10931, 2025 WL 2962610 (N.D. Ill. Oct. 20, 2025);

128. *Ochoa Ochoa v. Noem*, No. 25 CV 10865, 2025 WL 2938779, (N.D. Ill. Oct. 16, 2025);

129. *Mariano Miguel v. Noem*, No. 25-cv-11137, 2025 WL 2976480 (Oct. 21, 2025);

130. *Brito Barrajas v. Noem*, No. 4:25-cv-00322, 2025 WL 2717650 (S.D. Iowa Sept. 23, 2025);

131. *Santiago Helbrum v. Williams*, No. 4:25-cv-00349 (S.D. Iowa Sept. 30, 2025);

132. *Francisco T. v. Bondi*, No. 0:25-cv-03219, 2025 WL 262839 (D. Minn. Aug. 29, 2025);

133. *A.A. v. Olson*, No. 25-3381, 2025 WL 2866729 (D.Minn.);

134. *Herrera Avila v. Bondi*, No. 25-cv-03741 (D. Minn. Oct. 21, 2025);

135. *Garcia Jimenez v. Kramer*, No. 4:25-cv-03162, 2025 WL 2374223 (D. Neb. Aug. 14, 2025);

136. *Carmona-Lorenzo v. Trump*, No. 4:25-cv-03172¸ 2025 WL 2531521 (D. Neb. Sept. 3, 2025);

137. *Cortes Fernandez v. Lyons*, No. 8:25-cv-00506, 2025 WL 2531539 (D. Neb. Sept. 3, 2025);

138. *Lorenzo Perez v. Kramer*, No. 4:25-cv-03179, 2025 WL 2624387 (D. Neb. Sept. 11, 2025);

139. *Genchi Palma v. Trump*, No. 4:25-cv-03176, 2025 WL 2624385 (D. Neb. Sept. 11, 2025);

140. *Duenas Arce v. Trump*, No. 8:25-cv-00520, 2025 WL 2675934 (D. Neb. Sept. 18, 2025);

141. *Ortiz Donis v. Chestnut*, No. 1:25-cv-01228, 2025 WL 2879514 (E.D. Cal. Oct. 9, 2025);

142. *J.S.H.M. v. Wofford*, No. 1:25-CV-01309, 2025 WL 2938808 (E.D. Cal. Oct. 16, 2025);

143. *Sabi Polo v. Chestnut*, No. 1:25-cv-01342, 2025 WL 2959346 (E.D. Cal. Oct. 17, 2025);

144. *Menjivar Sanchez v. Wofford*, No. 1:25-cv-1187, 2025 WL 2959274 (C.D. Cal. Oct. 17, 2025);

145. *Caicedo Hinestroza v. Kaiser*, No. 3:25-cv-07559, 2025 WL 2606983 (N.D. Cal. Sept. 9, 2025);

146. *Salcedo Aceros v. Kaiser*, No. 3:25-cv-06924, 2025 WL 2637503 (N.D. Cal. Sept. 12, 2025);

147. *Pablo Sequen v. Kaiser*, No. 25-cv-06487, 2025 WL 2650637 (N.D. Cal. Sept. 16, 2025);

148. *Castellanos v. Kaiser*, No. 25-cv-07962, 2025 WL 2689853 (N.D. Cal. Sept. 18, 2025);

149. *Oliveros v. Kaiser*, No. 25-cv-07117, 2025 WL 2677125 (N.D. Cal. Sept. 18, 2025);

150. *Roa v. Albarran*, No. 25-cv-07802, 2025 WL 2732923 (N.D. Cal. Sept. 25, 2025);

151. *Valencia Zapata v. Kaiser*, No. 25-cv-07492, 2025 WL 2741654 (N.D. Cal. Sept. 26, 2025);

152. *Cordero Pelico v. Kaiser*, No. 25-cv-07286-EMC, 2025 WL 2822876 (N.D. Cal. oct. 3, 2025);

153. *Alvarez Chavez v. Kaiser*, No. 25-cv-06984-LB, 2025 WL 2909526 (N.D. Cal.);

154. *Martinez Lopez v. Noem*, No. 3:25-cv-02734 (S.D. Cal. Oct. 23, 2025) (Minute Entry);

155. *Rico-Tapia v. Smith*, No. 25-cv-379, 2025 WL 2950089 (D. Haw. Oct. 10, 2025);

156. *Carlos v. Noem*, No. 2:25-cv-01900, 2025 WL 2896156 (D. Nev.);

157. *E.C. v. Noem*, No. 2:25-cv-01789. 2025 WL 2916264 (D. Nev.);

158. *Pena v. Hyde*, No. 25-11983, 2025 WL 2108913 (D. Mass. July 28, 2025) was likewise erroneously concluded. Pena is distinguishable, however, as Pena did not appear to raise § 1226 and instead relied on an approved I-130 petition to support his adjustment of status. Other courts, including the same court from the District of Massachusetts distinguished Pena, noting the court was focused on other issues and did not analyze the precise question of which statute applied to his detention.

159. *Sampiao v. Hyde*, No. 1:25-CV-11981-JEK, 2025 WL 2607924, at *7 (D. Mass. Sept. 9, 2025),

160. *dos Santos v. Noem*, 2025 WL 2370988 (D. Mass. Aug. 14, 2025).

161. *Elias Escobar v. Hyde*, 2025 WL 2823324 (D. Mass. Oct. 3, 2025).

162. *Lema Zamora v. Noem*, No. 1:25-12750-NMG, 2025 WL 2958879 (D. Mass Oct. 17, 2025), which addresses this issue directly and concludes that 1226(a) not 1225(b) controls.

163. *Aguilar Guerra v. Joyce*, No. 2:25-cv-00534, 2025 WL 2986316 (D. Me. Oct. 24, 2025)

164. *Cesario Souza v. Hyde*, No. 25-CV-12461, 2025 WL 2997670 (D. Mass. Oct. 24, 2025)

165. *Chanaguano Caiza v. Scott*, No. 1:25-CV-00500, 2025 WL 3013081 (D. Me. Oct. 28, 2025)

166. *Tomas Elias v. Hyde*, No. 25-cv-540-JJM-AEM, 2025 WL 3004437 (D.R.I. Oct. 27, 2025)

167. *J.G.O. v. Francis*, No. 1:25-cv-07233, 2025 wl 3040142 (S.D.N.Y. Oct. 28, 2025)

168. *Tumba Huamani v. Francis*, No. 25-cv-8110, 2025 WL 3079014 (S.D.N.Y. Nov. 4, 2025)

169. *Romero Perez v. Francis*, No. 25-cv-8112, 2025 WL 3110459

170. *Alvarez Ortiz v. Freden*, No. 1:25-CV-960, 2025 WL 3085032 (W.D.N.Y. Nov. 4, 2025)

171. *Bethancourt Soto v. Soto*, No. 25-cv-16200, 2025 WL 2976572 (D.N.J. Oct. 22, 2025)

172. *De Fatima Lomeu v. Soto*, No. 25-cv-16589, 2025 WL 2981296 (D.N.J. Oct. 23, 2025)

173. *Lopez Lopez v. Soto*, No. 2:25-cv-16303, 2025 WL 2987485 (D.N.J. Oct. 23, 2025)

174. *Contreras Maldonado v. Cabezas*, No. 2:25-cv-13004, 2025 WL 2985256 (D.N.J. Oct. 23)

175. *Patel v. Almodovar*, No. 2:25-cv-15345, 2025 WL 3012323 (D.N.J. Oct. 28, 2025)

176. *Ayala Amaya v. Bondi*, No. 25-cv-16428, 2025 WL 3033880 (D.N.J. Oct. 30, 2025)

177. *Vargas Ramos v. Rokosky*, No. 25-cv-15892, 2025 WL 3063588 (D.N.J. Nov. 3, 2025)

178. *Cantu-Cortes v. O'Neill*, No. 25-cv-6338, 2025 WL 3171639 (E.D. Pa. Nov. 13, 2025)

179. *Santana-Rivas v. Warden*, No. 3:25-cv-01896, (Nov. 13, 2025) (report and recommendation)

180. *Pineda Velasquez v. Noem*, No. 25-cv-3215, 2025 WL 3003684 (D. Md. Oct. 27, 2025)

181. *Hernandez Hernandez v. Crawford*, No. 1:25-cv-01565-AJT-WBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025)

182. *Flores Pineda v. Simon*, No. 1:25-cv-01616, 2025 WL 2980729 (E.D. Va. Oct. 21, 2025)

183. *Yobani v. Noem*, No. 1:25-cv-01666, 2025 WL 2997507 (E.D. Va. Oct. 24, 2025)

184. *Duarte Escobar v. Perry*, No. 25-cv-758, 2025 WL 3006742 (E.D. Va. Oct. 27, 2025)

185. *Boquin Oliva v. Noem*, No. 25-cv-1592, 2025 WL 3145712 (E.D. Va. Oct. 29, 2025)

186. *Sarmiento v. Perry*, No. 1:25-cv-01644, 2025WL 3091140 (E.D. Va. Nov. 5, 2025)

187. *Diaz Garcia v. Noem*, No. 25-cv-1712, (E.D. Va. Nov. 6, 2025)

188. *Ventura Martinez v. Trump*, No. 3:25-cv-01445, (W.D. La. Oct. 22, 2025)

189. *Pineda Parada v. Rice*, No. 1:25-cv-1660, 2025 WL 3146250 (W.D. La. Nov. 4, 2025)

190. *Godinez-Lopez v. Ladwig*, No. 2:25-CV-02962, 2025 WL 3047889 (W.D. Tenn. Oct. 31, 2025)

191. *Hernandez-Alonso v. Tindall*, No. 3:25-CV-652-DJH, 2025 WL 3083920 (W.D. Ky. Nov. 4, 2025)

192. *Gimenez Gonzalez v. Raycroft*, No. 25-CV-13094, 2025 WL 3006185, at *1 (E.D. Mich. Oct. 27, 2025)

193. Hernandez Capote v. Secretary of U.S. DHS, No. 25-cv-13128, 2025 WL 3089756 (E.D. Mich. Nov. 5, 2025)

194. *Morales-Martinez v. ICE*, No. 2:25-cv-13303, 2025 WL 3124695 (E.D. Mich. Nov. 7, 2025)

195. *Mauricio Diego v. Raycraft*, No. 5:25-cv-13288, 2025 WL 3159106 (E.D. Mich. Nov. 12) (Levy)

196. *Rodriguez Carmona v. Noem*, No. 1:25-cv-1131, 2025 WL 2992222 (W.D. Mich. Oct. 24, 2025)

197. *Puerto-Hernandez v. Lynch*, No. 1 :25-CV-1097, 2025 WL 3012033 (W.D. Mich. Oct. 28, 2025)

198. *Cervantes Rodriguez v. Noem*, No. 1:25-CV-1196, 2025 WL 3022212 (W.D. Mich. Oct. 29, 2025)

199. *Marin Garcia v. Noem*, No. 1:25-CV-1271, 2025 WL 3017200 (W.D. Mich. Oct. 29, 2025)

200. *Rodriguez Serrano v . Noem*, No. 25-cv-1320, 2025 WL 3122825 (W.D. Mich. Nov. 7, 2025)

201. *G.Z.T. v. Smith*, No. 1:25-cv-12802 (N.D. Ill. Oct. 21, 2025)

202. *Perez Padilla v. Noem*, No. 25-cv-12462, 2025 WL 2977742 (N.D. Ill. Oct. 22, 2025)

203. *Patel v. Crowley*, No. 25-C-11180, 2025 WL 2996787 (N.D. Ill. Oct. 24, 2025)

204. Maldonado v. Crowley, No. 1:25-cv-12762 (N.D. Ill. Oct. 24, 2025)

205. Amigon Sanchez v. Olson, No. 25-cv-12453, 2025 WL 3004580 (N.D. Ill. Oct. 27, 2025)

206. *Corona Diaz v. Olson*, No. 25-CV-12141, 2025 WL 3022170 (N.D. Ill. Oct. 29, 2025)

207. *Rosales Ponce v. Olson*, No. 25-cv-13037, 2025 WL 3049785 (N.D. Ill. Oct. 31, 2025)

208. *Loza Valencia v. Noem*, No. 25-CV-12829, 2025 WL 3042520 (N.D. Ill. Oct. 31, 2025)

209. *Flores v. Olson*, No. 25-cv-12916, 2025 WL 3063540 (N.D. Ill. Nov. 3, 2025)

210. *D.E.C.T. v. Noem*, No. 25-cv-12463, 2025 WL 3063650 (N.D. Ill. Nov. 3, 2025)

211. *Galvis Cortes v. Olsen*, No. 25-cv-6293, 2025 WL 3063636 (N.D. Ill. Nov. 3, 2025)

212. *Reyes Arizmendi v. Noem*, No. 25-cv-13041, 2025 WL 3089107 (N.D. Ill. Nov. 5, 2025)

213. Guartazaca Sumba v. Noem, No. 1:25-cv-13034, 2025 WL 3126512 (N.D. Ill. Nov. 9, 2025)

214. *Lira Perez v. Noem*, No. 1:25-cv-13442, 2025 WL 3140692 (N.D. Ill. Nov. 10, 2025)

215. *Ramirez Martinez v. Noem*, No. 25-CV-12029, 2025 WL 3145103, at *7 (N.D. Ill. Nov. 11, 2025)

216. *Ramirez Valverde v. Olson*, No. 25-CV-1502, 2025 WL 3022700 (E.D. Wis. Oct. 29, 2025)

217. *Garcia Picazo, v. Sheehan*, No. C25-4057-LTS-MAR, 2025 WL 3006188 (N.D. Iowa Oct. 27, 2025)

218. *Lopez Lopez v. Sheehan*, No. 25-CV-4052-CJW-KEM, 2025 WL 3046183 (N.D. Iowa Oct. 30, 2025)

219. *Ruiz Yarleque v. Noem*, No. 5:25-CV-02836, 2025 WL 3043936 (C.D. Cal. Oct. 31, 2025)

220. *J.A.C.P. v. Wofford*, No. 1:25-CV-01354, 2025 WL 3013328 (E.D. Cal. Oct. 27, 2025)

221. *Lopez v. Lyons*, No. 2:25-cv-03174, 2025 WL 3124116 (E.D. Cal. Nov. 7, 2025)

222. *Perez-Gonzalez v. LaRose,* No. 25-cv-2727, (S.D. Cal. Oct. 30, 2025)

223. *Beltran v. Noem*, No. 5cv2650-LL-DEB, 2025 WL 3078837 (S.D. Cal. Nov. 4, 2025)

224. *Garcia Magadan v. Noem*, No. 3:25-cv-2889, 2025 WL 3090089 (S.D. Cal. Nov. 5, 2025)

225. *Dominguez-Lara v. Noem,* No. 2:25-CV-01553, 2025 WL 2998094 (D. Nev. Oct. 24, 2025)

226. *BAUTISTA-AVALOS v. BERNACKE*, No. 2:25-CV-01987, 2025 WL 3014023 (D. Nev. Oct. 27, 2025)

227. *ARCE-CERVERA v. NOEM*, No. 2:25-CV-01895, 2025 WL 3017866 (D. Nev. Oct. 28, 2025)

228. *Hernandez-Luna v. Noem*, No. 2:25-cv-01818, 2025 WL 3102039 (D. Nev. Nov. 6, 2025)

229. *L.A.E. v. WAMSLEY*, No. 3:25-cv-01975, 2025 WL 3037856 (D. Or. Oct. 30, 2025)

230. *Del Valle Castillo v. Wamsley*, No. 2:25-cv-02054, 2025 WL 3094057 (W.D. Wash. Nov. 5, 2025)

231. *Molina Ochoa v. Noem*, No. 1:25-cv-00881, 2025 WL 3125846 (D.N.M. Nov. 7, 2025)(R&R)

232. *Alvarez Varela v. Dedos*, No. 1:25-cv-01085 (D.N.M. Nov. 11, 2025)

233. *Hinojosa Garcia v. Noem,* No. 2:25-cv-00879, 2025 WL 3041895 (M.D. Fla. Oct. 31, 2025)

234. *E.L.C. et al. v. Warden*, No. 4:25-cv-288 (cases consolidated), 2025 WL 3158802 (Nov. 4, 2025)

235. *Ortega Jimenez v. Warden,* No. 25-cv-5650, FCI Atlanta (N.D. Ga. Nov. 6, 2025)

236. *R.E. v. Bondi*, No. 0:25-cv-3946,2025 WL 3146312 (D. Minn. Nov. 4, 2025)

237. *Sena Gomes v. Wesling*; 1:25-cv-13727-FDS, 2025 WL 363712 (D. Mass Dec. 16, 2025)

238. *Y-C- v. Genalo*; 25-cv-06558; 2025 WL 3653496 (E.D.N.Y. Dec. 17, 2025).

239. *Barco Mercado v. Francis*; 1:25-cv-6582; 2025 WL 3295903 (S.D.N.Y. Nov. 26, 2025).

240. *Liu v. Almodovar*; 25-cv-9256; 2025 WL 3458633 (S.D.N.Y. Dec. 2, 2025).

241. *Villareal Obregon v. Francis*; 1:25-cv-9465; 2025 WL 3465517 (S.D.N.Y. Dec. 2, 2025).

242. *Rocano Buestan v. McShane*; 25-CV-8544; 2025 WL 3496361 (S.D.N.Y. Dec. 5, 2025)

243. *Quispe-Sulcaray, v. Noem*; 25-CV-09908; 2025 WL 3501207 (S.D.N.Y. Dec. 7, 2025)

244. *Rivera Esperanza v Francis*; 1:25-cv-08727; 2025 WL 3513983 (SDNY Dec. 8).

245. *Campbell v. Almodovar*, 25-cv-9509 (S.D.N.Y. Dec. 10, 2025)

246. *Yang v. Almodovar*, 25-CV-10265; 2025 WL 3564496 (S.D.N.Y. Dec. 12, 2025).

247. *Yao v. Almodovar*; 25-cv-9982; 2025 WL 3653433 (S.D.N.Y. Dec. 17, 2025).

248. *Garcia-Alvarado v. Warden*; 25-cv-16109; 2025 WL 3268606 (D.N.J. Nov. 24, 2025).

249. *Geovanny Mejia v. Cabezas*; CV 25-17094; 2025 WL 3294405 (D.N.J. Nov. 26, 2025).

250. *Diaz Rudecindo v. Florentino*; 25-cv-16942, 2025 WL 3470299 (D.N.J. Dec. 3, 2025).

251. *Patel v. Soto*, No. CV 25-17096, 3:25-cv-17096; 2025 WL 3485716 (D.N.J. Dec. 4, 2025).

252. *Chen v. Soto*; 25-cv-17198; 2025 WL 3527239 (D.N.J. Dec. 9, 2025).

253. *Fuentes Velasquez v. Noem*; 25-cv-16797; 2025 WL 3653657 (D.N.J. Dec. 17, 2025).

254. *Portillo Quintanilla, v. Lyons*; 25-cv-17660; 2025 WL 3653868 (D.N.J. Dec. 17, 2025).

255. *Diallo v. O'Neill*; CV 25-6358; 2025 WL 3298003, at *2 (E.D. Pa. Nov. 26, 2025).

256. *M-L-Z- v. Noem*; 25-cv-5479; 2025 WL 3470046 (E.D. Pa. Dec. 2, 2025).

257. *Rodriques Pereira v. O'Neil*, No. 25-6543-KSM; 2025 WL 3516665 (E.D. Penn. Dec. 8, 2025). (Grants habeas and orders release; government is enjoined from re-detaining under 1225(b)(2)(A); government is enjoined from detaining Petitioner for 7 days so as to effectuate the habeas order).

258. *Santana-Rvias v. Warden, Clinton Cty Corr Fac*; 3:25-CV-01896; 2025 WL 3513152 (MD Pa Dec 8, 2025)

259. *Patel v. Oneil*, 3:25-cv-2185, 2025 WL 3516865 (MD Penn. Dec. 8, 2025).

260. *Chimborazo Cunin v. McShane*; 3:25-cv-1887 2025 WL 3542999 (M.D. Pa. Dec. 10, 2025).

261. *Paredes Quispe v. Rose*; 3:25-cv-2276, 2025 WL 3537279 (M.D. Pa. Dec. 10, 2025).

262. *Vasquez Mejia v. Noem*; 25-cv-333; 2025 WL 3546427 (W.D. Pa. Dec. 11, 2025).(Grants habeas and orders bond hearing).

263. *Calzado Diaz v. Noem*; 3:25-CV-00458; 2025 WL 3628480 (W.D. Pa. Dec. 15, 2025). (Grants habeas and orders bond hearing).

264. *Dolmo Martinez v. Rice*; CV 25-1780 SEC P; 2025 WL 3554620 (W.D. La. Dec. 11, 2025). (Court grants TRO, govt ordered to provide bond hearing.)

265. *Moreno Madrid v. Acuna*, 3:25-CV-01572 (W.D. La. Dec. 12, 2025). (Grants habeas and orders Bond Hearing).

266. *Amelia C.P. v. Noem*; 25-cv-2872; 2025 WL 3653872 (N.D. Tex. Dec. 17, 2025). (Grants petition and orders BH with burden on govt to justify detention by clear and convincing evidence)

267. *Espinoza Andres v. Noem*; H-25-cv-5128; 2025 WL 3458893 (S.D. Tex. Dec. 2, 2025). (Grants petition and orders either IJ bond reinstated or new Bond Hearing).

268. *Cabrera-Hernandez v. Bondi*; 25-cv-197; (S.D. Tex. Dec. 2, 2025). (Grants petition and orders either IJ bond reinstated or new Bond Hearing).

269. *Shi v. Lyons*; 1:25-CV-274; 2025 WL 3637288 (S.D. Tex. Dec. 12, 2025). (Court grants PI and TRO, stating petitioner is entitled to bond hearing and appeal if denied bond.)

270. *Arredondo-Silva v. Raycraft*; 2:25-CV-13674; 2025 WL 3625781 (E.D. Mich. Dec. 15, 2025). (Grants petition and orders Bond Hearing.)

271. *Rodriguez Martinez v. Raycraft*; 25-cv-1504; (W.D. Mi. Dec. 8, 2025). (Grants petition and orders release subjected to conditions that existed under prior 212(d)(5) parole).

272. *Macias v. Raycraft*; 4:25-cv-2642; 2025 WL 3525262 (N.D. Ohio Dec. 9, 2025). (Grants petition and orders Bond Hearing.)

273. *Leal Patino v. Ladwig*; 25-cv-569; 2025 WL 3628450 (E.D. Tenn. Dec. 15, 2025). (Grants petition and orders Bond Hearing.)

274. *Monge-Nunez v. Acting Director of The New Orleans Field Office*; 2:25-CV-03043; 2025 WL 3565348 (W.D. Tenn. Dec. 12, 25). (Grants habeas, orders bond hearing within 7 days, and release from detention pending bond hearing, respondents enjoined from pursuing detention under 1225(b)(2)(A).

275. *Mejia Diaz v. Noem;* 3:25-CV-960; 2025 WL 3640419 (N.D. Ind. Dec. 16, 2025). (Grants habeas and order release on conditions in place before the detention).

276. *Mata Fuentes v. Olson*; 25-cv-4456; 2025 WL 3524455 (D. Minn. Dec. 9, 2025). (Grants TRO, orders 1226(a) bond hearing within 7 days, orders govt to provide status update within 8 days.)

277. *Alvarez v. Lyons*; 8:25-CV-672; 2025 WL 3564733 (D. Neb. Dec. 12, 2025).

278. *Elizarraraz Zavala v. Noem*; 25-cv-2686; 2025 WL 3514086 (C.D. Cal. Dec. 4, 2025).

279. *Tanasache v. Noem*; 5:25-cv-3159; 2025 WL 3641173 (C.D. Cal. Dec. 16, 2025).

280. *O.A.C.S. v Wofford*; 2025 WL 3485221 (E.D. Cal. Dec. 4, 2025), 2025 WL 3485221 (E.D. Cal. Dec. 4, 2025).

281. *Orejuela Gutierrez v. Chestnut*; 25-cv-1515; 2025 WL 3514495 (ED Cal Dec. 8, 2025).

282. *FSSM v. Wofford*, 25-cv-1518; 2025 WL 3526671 (ED Cal Dec. 9, 2025).

283. *Singh Singh v. Andrews*; 25-cv-1438; 2025 WL 3563221 (E.D. Cal. Dec. 12, 2025).

284. *Godinez Sales v. Warden, Otay Mesa Detention Center*; 25-cv-3125; 2025 WL 3625867 (S.D. Cal. Dec. 12, 2025).

285. *Arias Hernandez v. Bondi*; 1:25-cv-3320-LL-DEB  2025 WL 3633040 (S.D. Ca. Dec. 15, 2025).

286. *N-E-M-B v. Wamsley*; 3:25-cv-989  2025 WL 3527111 (D. Or. Dec. 9, 2025).

287. *H.L.P.F. v. Wamsley*; 6:25-cv-01899; 2025 WL 3539252 (D. Or. Dec. 10, 2025).

288. *Jimenez Facio v. Baltazar*; 25-cv-3592; 2025 WL 3559128 (D. Colo. Dec. 12, 2025).

289. *Florez Marin v. Baltazar*; 25-cv-3697; 2025 WL 3677019 (D. Colo. Dec. 18, 2025).

290. *Cortez-Gonzalez v. Noem*, No. 2:25-CV-00985-MLG-KK, 2025 WL 3485771 (D.N.M. Dec. 4, 2025).

291. *Hernandez-Parrilla v. Anda-Ybarra*; 2:25-cv-1224; 2025 WL 3632769 (D.N.M. Dec. 15, 2025).

292. *Shambhubhai Patel v. Hardin*; 2:25-cv-870; 2025 WL 3442706 (M.D. Fla. Dec. 1, 2025). (Grants habeas and orders Bond Hearing)

293. *Gutierrez Ortiz v. Noem*; 3:25-cv-01386; 2025 WL 3653217 (M.D. Fla. Dec. 17, 2025). (Grants habeas and orders Bond Hearing).

294. *Castanon-Nava v. U.S. Dep't of Homeland Sec.*; 25-3050; 2025 WL 3552514 (7th Cir. Dec. 11, 2025).