CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
WILLIAM SKEWES-COX (DCBN 1780431)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7066
Facsimile:  (415) 436-7234
Email:  William.skewes-cox@usdoj.gov

Attorneys for Respondents-Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO AMEZQUITA DIAZ, | CASE NO. 3:25-cv-09837-JSC |
| Petitioner-Plaintiff, | **PARTIES' STIPULATION TO POSTPONE HEARING** |
| v. | |
| SERGIO ALBARRAN, et al., | Hon. Jacqueline Scott Corley |
| Respondents-Defendants. | |

The parties, having met and conferred, have agreed to postpone the hearing on the habeas petition from April 16, 2026, at 10:00AM to April 23, 2026, 10:00AM; or to whatever other date and time the Court decides.

DATED: April 15, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ William Skewes-Cox*
WILLIAM SKEWES-COX
Special Assistant United States Attorney

*Counsel for Respondents-Defendants*

*/s/ Melissa Sargeant*
MELISSA H. SARGEANT
Seaport Law Group, LLP

*Counsel for Petitioner-Plaintiff*

### ECF ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I, William Skewes-Cox, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ William Skewes-Cox*

STIPULATION TO POSTPONE HEARING
3:25-cv-09837                                                    1

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing on the habeas petition is set for April 23, 2026, at 10:00AM.

DATED:

_____

HON. JACQUELINE SCOTT CORLEY
United States District Judge