UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO AMEZQUITA DIAZ,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No.  3:25-cv-09837-JSC

**ORDER REQUESTING SUPPLEMENTAL BRIEFING**

Re: Dkt. No. 1

Petitioner, who is originally from Mexico, has lived in this country for over 30 years. He currently has an approved I-130 visa petition sponsored by his United States citizen daughter. While at an interview on his concurrently filed application to adjust his status, ICE officers arrested him and took him into custody. Petitioner was detained without a bond hearing based on the government's new interpretation of 8 U.S.C. § 1225(b)(2)(A) as requiring mandatory detention during removal proceedings for all noncitizens who entered the United States without lawful admission. Petitioner, through counsel, filed this habeas petition and a motion for a temporary restraining order (TRO). (Dkt. Nos. 1, 2.) The Court granted the TRO, and subsequently, a preliminary injunction concluding Petitioner has demonstrated, at a minimum, that his Petition raises serious legal questions regarding the applicability of Section 1225(b)(2) to his situation and re-detaining him without a pre-deprivation hearing would violate his procedural due process rights under the Fifth Amendment.  (Dkt. Nos. 10, 16.)  The Ninth Circuit has now confirmed the Court's interpretation of the law.  *See Rodriguez Vazquez v. Bostock*, ___ F.4th ___, 2026 WL 2196424 (9th Cir. Jul. 30, 2026) (concluding individuals like Petitioners, who have not yet been admitted to the United States but are "present in the interior of the country," are subject to 8 U.S.C. § 1226, and not Section 1225(b)).

Respondents are directed to file a supplemental brief by August 14, 2026 addressing *Rodriguez Vazquez* and why it does not require a grant of Petitioner's habeas petition. Petitioner may file a response by August 21, 2026.

**IT IS SO ORDERED.**

Dated: July 31, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California

2